JOHN H. KOLB & SONS, INC. *v.* G AND L
EXCAVATING, INC.

*William J. Ward,* in support of the petition.

*Eugene A. Skowronski,* in opposition.

Decided July 8, 2003

12 HAVEMEYER PLACE COMPANY, LLC *v.* ALLAN
S. GORDON

*Eric D. Grayson,* in support of the petition.

*David W. Rubin,* in opposition.

Decided July 8, 2003

WILLIAM H. HONAN ET AL. *v.* JOSEPH
DIMYAN ET AL.

*Nancy Burton,* in support of the petition.

Decided July 8, 2003